1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

_____
                                        )
8    TCF INVENTORY FINANCE, INC.,        )
                                        )        Case No. MC17-0093RSL
9                        Plaintiff,      )
                  v.                     )
10                                       )        ORDER TO ISSUE WRIT OF
     SEATTLE HOME APPLIANCE, LLC,        )        GARNISHMENT
11   THOMAS HENRY BEARDSLEE, and         )
     SHELLY MAE GILLOTT BEARDSLEE,       )
12                                       )
                         Defendants,     )
13                v.                     )
                                        )
14   BANK OF AMERICA, N.A.,              )
                                        )
15                        Garnishee.     )
_____)

16

17          This matter comes before the Court on plaintiff's "Application for Writ of Garnishment"

18   for property in which the defendant/judgment debtors, Seattle Home Appliance, LLC, Thomas

19   Henry Beardslee, and/or Shelly Mae Gillott Beardslee, have a substantial nonexempt interest and

20   which may be in the possession, custody, or control of the garnishee, Bank of America, N.A.

21   The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of

22   Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on August 8, 2017, at

23   Dkt. # 1-3.

24          Dated this 10th day of August, 2017.

25                                              _____
                                                Robert S. Lasnik
26                                              United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT