UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TCF INVENTORY FINANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE HOME APPLIANCE, LLC, THOMAS HENRY BEARDSLEE, and SHELLEY MAE GILLOT BEARDSLEE, <br><br> Defendants, <br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Garnishee-Defendant. | CAUSE NO. MC17-0093RSL <br><br> ORDER DECLINING TO ENTER JUDGMENT |

This matter comes before the Court on plaintiff's "Application for Judgment on Answer and Order to Pay." Dkt. # 8. There is no indication in the record that the defendants/judgment debtors were served with the garnishee's answer. See RCW 6.27.190 (the answer of the garnishee is to be served as directed in the writ); Dkt. # 3 (writ requires garnishee defendant to mail or deliver a copy of the answer to the judgment debtors at the address provided in the writ). The debtors have not had twenty days in which to object to the answer. See RCW 6.27.210 (the judgment creditor and judgment debtor have 20 days in which to controvert the garnishee's answer). The Court therefore declines to enter judgment on the garnishee's answer without prejudice to a subsequent request for judgment once the statutory notice requirements are satisfied.

ORDER DECLINING TO ENTER JUDGMENT

1     Dated this 21st day of September, 2017.

2

3                                    Robert S. Lasnik
                                   United States District Judge